# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL L. CORONADO, | Case No. 1:24-cv-01270-JLT-BAM |
| Plaintiff, | ORDER VACATING DECEMBER 12, 2025 HEARING ON DEFENDANT'S MOTION TO DISMISS COMPLAINT OR, IN THE ALTERNATIVE, MOTION FOR A MORE DEFINITE STATEMENT |
| v. | |
| OLD CASTLE INFRASTRUCTURE, INC., | |
| Defendant. | (Doc. 8) |

Plaintiff Michael L. Coronado is a state prisoner proceeding *pro se* in this civil action against defendant Oldcastle Infrastructure, Inc. (sued as "Old Castle Infrastructure"). Defendant removed the action to this Court on September 25, 2025, (Doc. 1), and filed a motion to dismiss complaint or, in the alternative, motion for a more definite statement on October 2, 2025, (Doc. 8). Defendant set the motion for hearing before the undersigned on December 12, 2025, at 9:00 a.m. in Courtroom 8. (*Id.*) The motion subsequently was referred to the undersigned for findings and recommendations. (Doc. 10.)

Pursuant to Local Rule 230(l), "all motions, except motions to dismiss for lack of prosecution, filed in actions wherein one party is incarcerated and proceeding in propia persona, shall be submitted upon the record without oral argument unless otherwise ordered by the Court. Such motions need not be noticed on the motion calendar." Further, Local Rule 230(l) provides that "[o]pposition, if any, to the granting of the motion shall be served and filed by the responding

1

party not more than twenty-one (21) days after the date of service of the motion. A responding party who has no opposition to the granting of the motion shall serve and file a statement to that effect, specifically designating the motion in question."

      Accordingly, IT IS HEREBY ORDERED as follows:

1. The motion hearing set for December 12, 2025, at 9:00 a.m., before Magistrate Judge Barbara A. McAuliffe, is VACATED; and
2. Plaintiff's opposition to Defendant's motion to dismiss complaint or, in the alternative, motion for a more definite statement, (ECF No. 8), shall be filed within **twenty-one (21) days** after service of the motion.

IT IS SO ORDERED.

   Dated:   **October 10, 2025**                /s/ *Barbara A. McAuliffe*
                                                          UNITED STATES MAGISTRATE JUDGE