UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL L. CORONADO, | Case No. 1:25-cv-01270-JLT-BAM |
| Plaintiff, | ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE |
| v. | |
| OLD CASTLE INFRASTRUCTURE, INC., | (Docs. 8, 11) |
| Defendant. | |

Plaintiff Michael L. Coronado is a state prisoner proceeding *pro se* in this civil action against defendant Oldcastle Infrastructure, Inc. (sued as "Old Castle Infrastructure"). Defendant removed the action to this Court on September 25, 2025. (Doc. 1.) Defendant subsequently filed a motion to dismiss complaint or, in the alternative, motion for a more definite statement on October 2, 2025. (Doc. 8.) The motion was served on Plaintiff by mail on the same date. (*Id.* at 8.)

On October 8, 2025, the motion was referred to the undersigned for findings and recommendations. (Doc. 10.) Following the referral, the Court vacated the hearing on Defendant's motion to dismiss complaint or, in the alternative, motion for a more definite statement. (Doc. 11.) The Court also directed Plaintiff that his opposition to Defendant's motion to dismiss must be filed within twenty-one (21) days after service of the motion consistent with Local Rule 230(l). (*Id.*) Pursuant to the Court's order and Local Rule 230(l), Plaintiff's

1

opposition or statement of non-opposition was due on or before October 27, 2025. The deadline for Plaintiff to respond to Defendant's motion to dismiss has expired, and he has not filed an opposition or other response. Plaintiff will be permitted a final opportunity to show cause why this action should not be dismissed.

Accordingly, it is HEREBY ORDERED that Plaintiff shall show cause by WRITTEN RESPONSE within **twenty-one (21) days** of service of this order why this action should not be dismissed for failure to prosecute. Plaintiff may comply with this order by filing an opposition or statement of non-opposition to Defendant's October 2, 2025 motion to dismiss complaint or, in the alternative, motion for a more definite statement. Alternatively, Plaintiff may file a notice of voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1). **Plaintiff is warned that if he fails to comply with the Court's order, this matter will be dismissed for failure to prosecute**.

IT IS SO ORDERED.

Dated: **November 5, 2025**            /s/ *Barbara A. McAuliffe*
                                                       UNITED STATES MAGISTRATE JUDGE