**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MICHAEL L. CORONADO, | Case No.  1:25-cv-01270 JLT BAM |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING ACTION WITHOUT PREJUDICE |
| v. | |
| OLD CASTLE INFRASTRUCTURE, INC., | (Docs. 8, 11, 13, 14) |
| Defendant. | |

Michael L. Coronado is a state prisoner proceeding *pro se* in this civil action against defendant Oldcastle Infrastructure, Inc. (sued as "Old Castle Infrastructure").  Defendant removed the action to this Court on September 25, 2025.  (Doc. 1.)  Defendant subsequently filed a motion to dismiss the complaint or, in the alternative, a motion for a more definite statement.  (Doc. 8.)  The Court referred the motion to the magistrate judge.  (Doc. 10.)

On October 10, 2025, the Court directed Plaintiff to file any opposition the motion to dismiss within 21 days.  (Doc. 11.)  Plaintiff did not file a timely opposition or otherwise respond to the motion.

On November 5, 2025, the Court issued an order directing Plaintiff to show cause in writing within 21 days why the action should not be dismissed for Plaintiff's failure to prosecute. (Doc. 13.) The Court informed Plaintiff that he could comply with the Court's order by filing an opposition or statement of non-opposition to the motion to dismiss; alternatively, he could file a

1

notice of voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1). (*Id.* at 2.) Plaintiff was expressly warned that if he failed to comply with the Court's order, then this matter would be dismissed for failure to prosecute. (*Id.*) Plaintiff failed to respond to the show cause order or otherwise communicate with the Court.

On December 9, 2025, the magistrate judge issued Findings and Recommendations to dismiss this action, without prejudice, for failure to prosecute and failure to obey a court order. (Doc. 14.) The Court served the Findings and Recommendations on Plaintiff and notified him that any objections were due within 14 days. (Doc. 14 at 4.) The Court advised him that the "failure to file objections within the specified time may result in the waiver of the 'right to challenge the magistrate's factual findings' on appeal." (*Id.*, quoting *Wilkerson v. Wheeler*, 772 F.3d 834, 838–39 (9th Cir. 2014)). Plaintiff did not file objections, and the time to do so has expired.

According to 28 U.S.C. § 636 (b)(1)(c), this Court performed a de novo review of this case. Having carefully reviewed the matter, the Court concludes that the Findings and Recommendations are supported by the record and proper analysis. Thus, the Court **ORDERS**:

1. The Findings and Recommendations issued on December 9, 2025 (Doc. 14) are **ADOPTED**.

2. This action is **DISMISSED** without prejudice.

3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **January 22, 2026**

UNITED STATES DISTRICT JUDGE

2